UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DENNY GOYNE and FELISHIA GOYNE,<br><br>    Plaintiffs,<br><br>    v.<br><br>WELLS FARGO BANK NA,<br><br>    Defendant. | No. 2:16-cv-00183-SAB<br><br>**ORDER DISMISSING ACTION FOR LACK OF SUBJECT MATTER JURISDICTION** |

On two separate occasions this Court ordered Plaintiffs to show cause why this action should not be dismissed for lack of subject matter jurisdiction. ECF Nos. 6 & 9. They have failed to do so.

Plaintiffs have failed to demonstrate that they are asserting a claim that would give rise to federal question jurisdiction under 28 U.S.C. § 1331. They assert a single claim for quiet title and invoke no questions of federal law. In addition, they are asking the Court to review the state court's judgments, something this Court cannot do under the *Rooker-Feldman* doctrine. *Kougasian v. TMSL, Inc.*, 359 F.3d 1136, 1139 (9th Cir. 2004)

Plaintiffs were given two opportunities to meet their burden of establishing this Court's subject matter jurisdiction over their claims. Because they have not met their burden, Plaintiffs' complaint must be dismissed.

///

**ORDER DISMISSING ACTION FOR LACK OF SUBJECT MATTER JURISDICTION ~ 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-caption complaint is **dismissed** for lack of subject matter jurisdiction.

2. The District Court Executive is directed to **close** the file.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, close the file, and forward copies to Plaintiffs and counsel.

**DATED** this 7th day of October, 2016.



                Stanley A. Bastian
              United States District Judge

**ORDER DISMISSING ACTION FOR LACK OF SUBJECT MATTER JURISDICTION ~ 2**